AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

        V.         CASE NUMBER: **06-C-1105**
                                          **(02-Cr-206)**

**KENNETH HACKBARTH**,

        Movant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Kenneth Hackbarth's petition pursuant to Title 28, United States Code, Section 2255, is DISMISSED WITH PREJUDICE. Petitioner is not entitled to relief.**

**This case is hereby DISMISSED WITH PREJUDICE.**


**December 4, 2006**
Date                                                                Clerk

                                                                s/ Linda M. Zik
                                                                (By) Deputy Clerk